# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MAIN LINE GARDENS, INC. AND COFFMAN ASSOCIATES, LLC, | : No. 189 MAL 2014 |
| Petitioner | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | |
| ZONING HEARING BOARD OF WILLISTOWN TOWNSHIP, | |
| Respondent | |
| J. DEAN REICHELLE JR. AND ELIZABETH ANN REICHELLE, H/W, AND JAMES J. DONNELLY AND GLADYS E. DONNELLY, H/W, J. STEPHEN BLACKBURN AND DEIRDRE BLACKBURN, H/W, | |
| Intervenors | |
| WILLISTOWN TOWNSHIP, | |
| Intervenors | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.